AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Jerry Laraque | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) |
| The Foundry at Hunters Point Condominium; New | ) |
| Bedford Management Inc., et al. | ) |
| *Defendant* | ) |

Civil Action No.

**CV-12   5571**

**IRIZARRY, J.**

## SUMMONS IN A CIVIL ACTION

**GO. M.J.**

To: *(Defendant's name and address)*

The Foundry At Hunters Point Condominium; New Bedford Management
Inc., et al.
240 51st Avenue
Long Island City, NY 11101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Kenneth P. Thompson, Esq.
Thompson Wigdor LLP
85 Fifth Avenue, 5th floor
New York, NY 10009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

## DOUGLAS C. PALMER

*CLERK OF COURT*

Date: ~~NOV 13 2012~~

*Signature of Clerk or Deputy Clerk*