UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
JERRY LARAQUE,  :  Case No.: 12 CV 5571
                               Plaintiff,  :     (DLI) (MDG)
        -against-  :
  :
THE FOUNDRY AT HUNTERS POINT CONDOMINIUM;  :  **RULE 7.1**
NEW BEDFORD MANAGEMENT INC.; JOHN OLIVIERI, in  :  **DISCLOSURE**
his official and individual capacities; and ROBERT  :
SWIDERSKI in his official and individual capacities;  :
  :
                             Defendants.  :
-------------------------------------------------------------------------------X

      Pursuant to Federal Rules of Civil Procedure 7.1 and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants the Foundry at Hunters Point Condominium and New Bedford Management Inc. (private non-governmental parties), certify that said defendants have no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       January 22, 2013

                                               **CANTOR, EPSTEIN & MAZZOLA, LLP**
                                               *Attorneys for the Defendants*

                                               By:       /s/ Bryan J. Mazzola
                                                      Bryan J. Mazzola (7970)
                                                      49 West 37th Street
                                                      New York, New York 10018
                                                      (212) 768-4343