UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X

| | | |
|---|---|---|
| JERRY  LARAQUE, | : | Case No.: 12 CV 5571 |
| Plaintiff, | : | (DLI) (MDG) |
| -against- | : | |
| | : | **NOTICE OF MOTION** |
| THE FOUNDRY AT HUNTERS POINT CONDOMINIUM; | : | |
| NEW BEDFORD MANAGEMENT INC.; JOHN OLIVIERI, in | : | |
| his official and individual capacities; and ROBERT | : | |
| SWIDERSKI in his official and individual capacities; | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------------------------X

 **PLEASE TAKE NOTICE** that, upon the affidavit of Robert Swiderski, sworn to on January 22, 2013, the exhibits annexed thereto, the accompanying memorandum of law and all the pleadings and proceedings herein, defendants will move this Court before United States District Judge Dora L. Irizarry, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, on a date and time to be set by the Court, for an order, pursuant to Fed. R. Civ. P. 12(b)(6), partially dismissing the complaint and  granting further relief as this Court deems just, proper and equitable.

 **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), opposing papers shall be served within fourteen (14) days of the service of this motion.

 Dated: New York, New York
         January 22, 2013

                                                **CANTOR, EPSTEIN & MAZZOLA, LLP**
                                                *Attorneys for the Defendants*

                                                By:          /s/ Bryan J. Mazzola
                                                      Bryan J. Mazzola (7970)
                                                      49 West 37th Street
                                                      New York, New York 10018
                                                      (212) 768-4343